IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02874-RPM

MICHAEL JOHN STRATIS,

     Petitioner,

v.

U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION,

     Respondent.

_____

ORDER ON PETITION
_____

Pursuant to the hearing held today on the Petition for Release of Seized Property, filed October 21, 2014, and on the finding and conclusions that the letter of June 11, 2014, from Gabriel N. Schwartz, Esq., sworn to by the Petitioner, Michael John Stratis, complies with the requirements of 18 U.S.C. § 983(a)(2(C) and 28 C.F.R. § 8.10(b).  Accordingly, to retain the seized currency, the Government must file a complaint for forfeiture.  Given the delay in this matter because of the Government's failure to acknowledge the sufficiency of the Petitioner's claim, it is

ORDERED that the Government shall on or before January 28, 2015, file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the currency to Michael John Stratis.

DATED: January 13, 2015.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge