IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02874-RPM

MICHAEL JOHN STRATIS,

    Petitioner,

v.

U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION,

    Respondent.

_____

ORDER CLOSING CASE
_____

    Upon review of the Respondent's response to this Court's Order to Show Cause, [Doc. 13], it is now

    ORDERED that the Order to Show Cause is discharged and this civil action is closed.

    DATED: February 6th, 2015.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge